**Ira TOWNLEY v. UNITED STATES of America.**

No. 949.

Circuit Court of Appeals, Tenth Circuit.

Sept. 14, 1933.

David A. Tant, of Oklahoma City, Okl., for appellant.

1014

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed, for failure to prosecute.